```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

                                     :
STANDARD INSURANCE COMPANY
                                     :
    v.                               :  Civil Action No. DKC 2005-0713
                                     :
LINDA MARIE BYRD, et al.
                                     :

**MEMORANDUM OPINION**

On April 6, 2006, this court issued an Order and accompanying memorandum opinion (papers 68 and 69) giving Linda Marie Byrd forty-five days within which to take discovery regarding the alleged second beneficiary designation and to file a further opposition to Ravyn Marie Byrd's motion for summary judgment (paper 49).  The court stated that, if no supplemental opposition was filed within forty-five days of the Order, summary judgment would be granted in favor of Ravyn Marie Byrd.  Linda Marie Byrd did not respond to the court's April 6, 2006, Order, and has not proffered any evidence to show that the beneficiary designation was changed.  As the court noted in its earlier opinion: "The only evidence before the court is the designation of beneficiary form executed in 1998, naming Ravyn Marie Byrd as the decedent's beneficiary."  (Paper 68, at 7).  Accordingly, the court finds that Ravyn Marie Byrd is the sole beneficiary of decedent Robert C. Byrd's life insurance policy and Ravyn Marie Byrd's motion for summary judgment will be granted.  A separate Order will follow.

```
                           _____/s/_____
                           DEBORAH K. CHASANOW
                           United States District Judge
```